**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00465-CV

**DOUGLAS SPICER, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09281**

## ORDER

The Court has before it appellant's August 15, 2013 motion to extend time to file reply brief. The Court **GRANTS** the motion and **ORDERS** that the reply brief tendered by appellant on August 9, 2013 be timely filed as of today's date.

/s/    ELIZABETH LANG-MIERS
         JUSTICE